DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KATHERINE ANN HYATT,**
Appellant,

v.

**JANE ELIZABETH ZIMMERMAN,** individually and as Personal
Representative of the Estate of **MARK R. HYATT,**
Appellee.

No. 4D20-422

[December 17, 2020]

Nonfinal appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Frank David Ledee, Judge; L.T. Case No. FMCE18-977.

Gustavo E. Frances of Gustavo E. Frances, P.A., Fort Lauderdale, for appellant.

Christopher N. Link of Christopher N. Link, P.A., Plantation, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY, and KLINGENSMITH, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***